IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD ABUSADEH, § <br> 17126 Coopers Draw Lane § <br> Friendswood, TX  77546 § <br> § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> DEPARTMENT OF HOMELAND § <br> SECURITY, THROUGH ITS § <br> SECRETARY, MICHAEL CHERTOFF, § <br> Washington, D.C. 20528 § <br> EMILIO GONZALEZ, DIRECTOR, § <br> UNITED STATES CITIZENSHIP AND § <br> IMMIGRATION SERVICES (USCIS), § <br> 425 I Street NW, Washington, D.C.  20536 § <br> SHARON HUDSON, DISTRICT § <br> DIRECTOR, HOUSTON, USCIS, AND § <br> 126 Northpoint Drive, Houston, TX  77060 § <br> ROBERT MUELLER, DIRECTOR, § <br> FEDERAL BUREAU OF § <br> INVESTIGATION, § <br> J. Edgar Hoover Building, 935 Pennsylvania § <br> Avenue, N.W., Washington, D.C. § <br> 20535-0001 § <br> § <br> *Defendants* § | CIVIL ACTION NO. _____ |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Mohammed Abusadeh, to file Plaintiff's Original Complaint showing the Court the following:

### I.   INTRODUCTION

1.  Plaintiff is suing Michael Chertoff, Secretary of the Department of Homeland Security ("DHS"), Emilio Gonzalez, Director, United States Citizenship and Immigration Services ("USCIS"), Sharon Hudson, District Director, Houston, USCIS, and Robert Mueller,

        Director, Federal Bureau of Investigation, Defendants, under the Mandamus Act, 28 U.S.C.§1361, the Declaratory Judgment Act, 28 U.S.C.§2201, and the Administrative Procedure Act (APA), 5 U.S.C.§706 *et. seq.*

2. This action is brought against the Defendants to compel action on an application for naturalization properly filed by the Plaintiff. This application is also brought against the Defendants to compel action on an application to replace an alien registration card. The applications were filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said applications to Plaintiff's detriment.

## II. JURISDICTION AND VENUE

3. Jurisdiction in this case is proper under 28 U.S.C.§1331 because the application for United States citizenship and the application to replace an alien registration card are "federal questions." Further, jurisdiction exists under the Mandamus Act, 28 U.S.C.§1361, because the Plaintiff seeks relief in the form of mandamus to compel an agent or agents of the United States government to perform a duty owed to Plaintiff. The requested relief is further authorized under the Administrative Procedures Act, 5 U.S.C.§706 *et. seq.*, which empowers the reviewing court to "compel agency action unlawfully withheld or unreasonably delayed," and the Declaratory Judgment Act, 28 U.S.C.§2201.

4. Pursuant to 28 U.S.C.§1391(e), venue is proper in this district because Defendants Department of Homeland Security, Citizenship and Immigration Services, and the Federal Bureau of Investigation reside in this district.

## III. PARTIES

5. Plaintiff resides in Houston, Texas.

6. Michael Chertoff, Secretary of the Department of Homeland Security, Emilio Gonzalez, Director of USCIS, Sharon Hudson, District Director, Houston, of USCIS, and Robert Mueller, Director, Federal Bureau of Investigation, Defendants, may be served by sending a copy of the summons and this Complaint by certified mail to: (1) Office of the General Counsel, United States Department of Homeland Security, Washington, D.C. 20528; (2) Sharon Hudson, District Director, Citizenship and Immigration Services, 126 Northpoint, Houston, Texas 77060; (3) Alberto Gonzales, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001; (4) Jeffrey Taylor, United States Attorney, District of Columbia, Judiciary Center Building, 555 Fourth Street, N.W., Washington, D.C. 20530; (5) Michael Chertoff, Secretary, Deparment of Homeland Security, Washington, D.C. 20528; (6) Emilio Gonzalez, Director, U.S. Department of Homeland Security, Citizenship and Immigration Services, 425 I Street NW, Washington, D.C. 20536; and (7) Robert Mueller, Director, Federal Bureau of Investigation, J. Edgar Hoover Building, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535-0001.

## IV.  FACTS

7. Plaintiff Mohammad Abusadeh is a 35 year old native of Kuwait and citizen of Jordan. Plaintiff's alien number is A 72 421 518.  Plaintiff is a lawful permanent resident of the United States.

## A.  NATURALIZATION

8. On April 12, 2004, Plaintiff filed an application for naturalization with Defendants. (Exhibit 1).

9. On August 17, 2004, Plaintiff was interviewed by Defendants regarding his application for naturalization. Plaintiff passed the tests of English and U.S. history and government but was told that a decision could not be made pending a security check. (Exhibit 2).

10. Plaintiff, through counsel, has made inquiries to find out the status of the naturalization application and has been told that security checks are pending. (Exhibit 3).

11. Plaintiff's situation is an actual controversy. Plaintiff requests that the Court declare Plaintiff's rights and other legal relations.

12. All conditions precedent have been performed or have occurred.

### B. REPLACEMENT OF ALIEN REGISTRATION CARD

13. Plaintiff's lawful permanent residence card expired on August 22, 2005. (Exhibit 4).

14. Plaintiff timely filed an application on Form I-90 to replace the lawful permanent residence card on July 27, 2005. (Exhibit 5).

15. Plaintiff attended the required biometrics appointment corresponding to his I-90 application on September 29, 2005. (Exhibit 6).

16. As of the filing of this complaint, it has been over 14 months since Plaintiff filed his application and the USCIS has still not issued any documentation.

17. Plaintiff attended an "infopass" appointment at the Houston District office of the USCIS on or about October 5, 2006 and was told that his application is pending.

18. Since the date that his lawful permanent residence card expired, Plaintiff has not had any valid documentation of his lawful permanent residency status and has not been able to travel abroad.

19. Plaintiff wishes to visit his ill father in Jordan.

20. Defendants have not issued to Plaintiff proof of his lawful permanent residency status thereby depriving Plaintiff of the constitutional rights and privileges that flow from his lawful permanent status.

21. The lack of documentation evidencing Plaintiff's LPR status in the United States has caused, and continues to cause, great personal hardship to Plaintiff.

22. Plaintiff's situation is an actual controversy. Plaintiff requests that the Court declare Plaintiff's rights and other legal relations.

23. Aside from a writ of mandamus and injunction, no adequate remedy is available to Plaintiff.

24. Plaintiff is suing Defendants in their official capacities.

## V. CLAIMS FOR RELIEF

25. Plaintiff re-alleges sections I-IV as if fully set forth herein.

26. In breach of their duty to Plaintiff, Defendants have failed to finish adjudicating Plaintiff's naturalization application within a reasonable time. Plaintiff's application for naturalization has now remained unadjudicated for over two and a half years. This amount of time is excessive and far beyond normal processing times for the Houston USCIS district.

27. In breach of their duty to Plaintiff, Defendants have failed to finish adjudicating Plaintiff's application to replace an alien registration card within a reasonable time. Plaintiff's application for naturalization has now remained unadjudicated for over fourteen months. This amount of time is excessive and far beyond normal processing times for the Houston USCIS district.

28. Defendants' arbitrary actions have denied Plaintiff peace of mind and the benefits of citizenship.

29. Defendants' actions have further denied Plaintiff peace of mind resulting from the lack of documentary evidence of the lawful permanent resident status that he maintains.

30. Defendants' failure to discharge their statutory obligations is injuring Plaintiff.

31. Defendants should be compelled to perform a duty owed to Plaintiff, namely, to adjudicate Plaintiff's application for naturalization.

32. Defendants should be compelled to perform a duty owed to Plaintiff, namely, to adjudicate Plaintiff's application to replace his alien registration card.

33. Defendants should also be compelled to grant Plaintiff's application for naturalization.

34. Under the Mandamus Act, 28 U.S.C.§1361, the APA, 5 U.S.C.§706, and the Declaratory Judgment Act, 28 U.S.C.§2201, Plaintiff is entitled to an affirmative injunction, a declaratory judgment, and a writ of mandamus commanding Defendants to immediately finish adjudicating Plaintiff's cases.

35. Pursuant to the the APA, 5 U.S.C.§706, Plaintiffs request that the Court compel agency action unreasonably delayed and unlawfully withheld, and hold unlawful and set aside agency action that is arbitrary, capricious, an abuse of discretion, not in accordance with law, and without observance of procedure required by law.

36. Plaintiff is entitled to recover reasonable attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412.

## V.  PRAYER FOR RELIEF

37. For the foregoing reasons, Plaintiffs respectfully request that the Defendants be cited to appear and that, upon due consideration, the Court enter an order:

a. requiring Defendants to immediately finish adjudicating Plaintiff's application for naturalization;

b. requiring Defendants to immediately finish adjudicating Plaintiff's application to replace his alien registration card;

c. awarding Plaintiff's reasonable attorney's fees, expenses, and costs; and

d. granting Plaintiff such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Jonathan S. Rochkind
Jonathan S. Rochkind
Smith, Hudson & Carluzzo, P.C.
9300 West Courthouse Road
Judiciary Square – Suite 203
Manassas, Virginia 20110
(703) 361-0776 ext 107
DC Bar ID number 425185


COANE & ASSOCIATES

/s/ James P. McCollom, Jr.
Bruce A. Coane
SBOT No. 04423600
Fed. ID. # 7205 (S.D. Tex)
Ajay Choudhary
SBOT No. 90001623
Fed. ID. # 21837 (S.D. Tex)
James P. McCollom, Jr.
SBOT No. 13431960
Fed. ID. # 12592 (S.D. Tex)
3D/International Tower
1900 West Loop South
Suite 820
Houston, TX 77027-3206
713-850-0066
713-850-8528  FAX

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE<br>June 17, 2004 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 072 421 518 |
| APPLICATION NUMBER<br>SSC*000718654 | RECEIVED DATE<br>April 12, 2004 | PRIORITY DATE<br>April 12, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MOHAMMAD HAFIZ ABUSADEH
c/o BRUCE A COANE
COANE & ASSOC
1900 W LOOP S STE 820
HOUSTON TX  77027

Please come to:
US IMMIGRATION & NATURALIZATION SERVICE
126 NORTHPOINT DR
1ST FLOOR
HOUSTON TX 77060

On (Date): Tuesday, August 17, 2004
At (Time): 12:40 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen:
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces:
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
U.S. DEPARTMENT OF JUSTICE-INS
126 NORTH POINT
HOUSTON TX 77060-

INS Customer Service Number:
(800) 375-5283

REPRESENTATIVE COPY



EXHIBIT

A76 755 844

On **8/17/2004**, you were interviewed by INS Officer: **Ralph Rojas**.

- [x] You passed the tests of English and U. S. history and government.
- [ ] You passed the test of U. S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U. S. history and government.
- [ ] You will be given another opportunity to be tested on your ability to [ ] speak/ [ ] read/ [ ] write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U. S. history and government.
- [ ] Please follow instructions on the Form N-14.
- [ ] INS will send you a written decision about your application.
- [ ] You did not pass the second and final test of your [ ] English ability/ [ ] knowledge of U. S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) Congratulations! Your application has been recommended for approval. At this time, it appears that You have established your eligibility for naturalization. If final approval is ~~granted, you will~~ be notified when and where to report for the Oath Ceremony

B) [x] A decision ~~cannot~~ yet be made about your application ~~Pending~~ Security Check

✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the Officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you can not come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

Form N-652 (Rev. 12/7/99)


EXHIBIT 2

| | |
|---|---|
| From: | Cathy Nguyen [cathy.nguyen@coane.com] |
| Sent: | Tuesday, March 08, 2005 11:47 AM |
| To: | Houston CIS (Inquiries.Houston@dhs.gov) |
| Subject: | R  (ABUSADEH, M./A72421518) |

Re:   Mohammad ABUSADEH, A72421518

Below please find the AILA/CBO Inquiry.

1. Attorney information:
a.    Name: Bruce A. Coane
b.    Address: 1900 West Loop South, Suite 820, Houston, Texas 77027
c.    Email: HoustonLaw@aol.com
d.    Phone: (713) 850-0066
e.    Fax: (713) 850-8528

2. Name of Client/Alien:  Mohammad ABUSADEH

3. A number: A72421518, DOB: 10/10/1970, COB: Kuwait

4. Application Type: N-400

5. Date of Filing: April 19, 2004

6. Client's/applicant's current address (not attorney's): 10919 Gulf Fwy, #4211, Houston, Texas 77034

7. Request/comment: Mohammad Abusadeh was interviewed on 08/17/04 by Officer Ralph Rojas, and Officer Rojas handed Mr. Abusadeh Form N-652 which indicated that "A decision cannot yet be made about your application. Pending Security Check." When will a decision be made on this case?



EXHIBIT 3

From: Cathy Nguyen [cathy.nguyen@coane.com]
Sent: Monday, November 22, 2004 4:27 PM
To: 'inquiries.houston@dhs.gov'
Subject: T / Mohammed ABUSADEH

Re: Mohammad ABUSADEH, A72421518 (N-400)

Initial inquiry was submitted on 09/24/2004   See below.  When will a decision be made on this case?

Sincerely,
Cathy Nguyen
Coane & Associates
1900 West Loop South, Suite 820
Houston, Texas 77027
(713) 850-0066

---

   From: ImmigrantLaw@aol.com [mailto:ImmigrantLaw@aol.com]
   Sent: Friday, September 24, 2004 10:14 AM
   To: inquiries.houston@dhs.gov
   Subject: R


   Re: Mohammad ABUSADEH, A72421518


   Below please find the AILA/CBO Inquiry.

   1   Attorney information:
   a   Name:  Bruce A. Coane
   b   Address:  1900 West Loop South, Suite 820, Houston, Texas 77027
        c.   Email:  HoustonLaw@aol.com
        d.   Phone:  (713) 850-0066
        e.   Fax:  (713) 850-8528

      Name of Client/Alien:  Mohammad ABUSADEH

   3   A number:  A72421518

   4   Application Type:  N-400

      Date of Filing   April 19, 2004

      Client's/applicant's current address (not attorney's):  10910 Gulf Fwy, #4211, Houston, Texas 77034

   7.  Request/comment:  Mohammad Abusadeh was interviewed on 08/17/04 by Officer Ralph Rojas, and Officer Rojas handed Mr. Abusadeh Form N-652 which indicated that "A decision cannot yet be made about your application. Pending Security Check." When will a decision be made on this case?



EXHIBIT 4



# U. S. Citizenship and Immigration Services

**TEXT ONLY   HOME   WHAT'S NEW   FAQs   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINTPAGE**

Immigration Services and Benefits

National Customer Service Call Center (NCSC)

  Call Scripts and Information

  Case Status Online

    Case Status Search

    Register

    Login

    Case Status FAQs

## Case Status

Receipt Number: msc0540073879

Application Type: I90, APPLICATION TO REPLACE ALIEN REGISTRATION CARD

Current Status:

Your I90 APPLICATION TO REPLACE ALIEN REGISTRATION CARD was received on July 27, 2005. We will mail you a decision as soon as processing is complete. You can use our processing dates to estimate when this case will be done. Follow the the link below for current processing dates.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat Reader

10-19-2006 10:04 AM EDT



EXHIBIT 5

# THE UNITED STATES OF AMERICA

**ASC Appointment Notice**

| | |
|---|---|
| NOTICE DATE | 08/22/2005 |
| CASE TYPE | 190 Application to Replace Alien Registration Card |
| SOCIAL SECURITY NUMBER | |
| USCIS A# | A072421518 |
| APPLICATION NUMBER | MSC0540073879 |
| CODE | 3 |
| SERVICE CENTER | MSC |
| PAGE | 1 of 1 |

MOHAMMAD ABUSADEH
17126 COOPERS DRAW LN
FRIENDSWOOD, TX 77546

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY
82519 ON 9/29/05
TENPRINTS QA REVIEW BY
82341A ON 9-29-05

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS HOUSTON-SOUTHEAST<br>8505-D GULF FREEWAY (EXIT 38)<br>CORUM PLAZA<br>HOUSTON, TX 77017 | 09/29/2005<br>12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

| | |
|---|---|
| USCIS HOUSTON-SOUTHEAST<br>8505-D GULF FREEWAY (EXIT 38)<br>CORUM PLAZA<br>HOUSTON, TX 77017 | APPLICATION NUMBER :<br>I90  -  MSC0540073879 |

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**
Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.
If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.


EXHIBIT 6

Form I-797C (Rev. 01/31/05) N