IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD ABUSADEH, § <br> § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> DEPARTMENT OF HOMELAND § <br> SECURITY, THROUGH ITS § <br> SECRETARY, MICHAEL CHERTOFF, § <br> EMILIO GONZALEZ, DIRECTOR, § <br> UNITED STATES CITIZENSHIP AND § <br> IMMIGRATION SERVICES (USCIS), § <br> SHARON HUDSON, DISTRICT § <br> DIRECTOR, HOUSTON, USCIS, AND § <br> ROBERT MUELLER, DIRECTOR, § <br> FEDERAL BUREAU OF § <br> INVESTIGATION, § <br> § <br> *Defendants* § | CASE NO. 1:06CV02014 |

## MOTION FOR PERMISSION TO ALLOW JAMES P. McCOLLOM, JR. TO APPEAR AS PRO HAC VICE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jonathan Rochkind, ("sponsoring attorney"), and seeks permission from this Court to allow James P. McCollom, Jr., who is not a member of the Bar of this Court, to appear before this Court pursuant to LCvR 83.2 (c) and (d) solely for this case as pro hac vice counsel and would show as follows:

I.

I am a member in good standing of the Bar of this Court.

II.

In his attached affidavit, James P. McCollom, Jr. states that he is a member in good standing of the Supreme Court of Texas. He also states that he is admitted to the United States

District Court for the Southern and Western Districts of Texas. He further states that he is admitted to the Fifth Circuit United States Court of Appeals. (Exhibit 1).

II.

In his attached affidavit, James P. McCollom, Jr. states that he is an associate attorney at the law firm of Coane and Associates, 1900 West Loop South, Suite 820, Houston, Texas 77027 and that his telephone number is (713) 850-0066. (Exhibit 1).

III.

In his attached affidavit, James P. McCollom, Jr. has stated under oath whether any disciplinary charges or criminal proceedings have been instituted against him, and, if so, have disclosed full information about the proceedings or charges and the results thereof. (Exhibit 1).

IV.

In his attached affidavit, James P. McCollom, Jr. states that he has been admitted pro hac vice in this Court in Case Number 1:06CV02016 *Mohammad Fayyaz and Gizela Fayyaz v. Department of Homeland Security, et al.* (Exhibit 1) and that he has never been otherwise admitted pro hac vice in this Court.

V.

In his attached affidavit, James P. McCollom, Jr. states that he is not a member of the District of Columbia Bar nor has an application for membership pending. (Exhibit 1).

IV.

Whereas as a member of the Bar of this Court, the sponsoring attorney prays that this Honorable Court grant permission for James P. McCollom, Jr. to appear as pro hac vice counsel in this case only.

Respectfully submitted,

/s/ Jonathan S. Rochkind
Jonathan S. Rochkind
Smith, Hudson & Carluzzo, P.C.
9300 West Courthouse Road
Judiciary Square – Suite 203
Manassas, Virginia 20110
(703) 361-0776 ext 107
DC Bar ID number 425185

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18th day of December, 2006, to:

Jeffrey Taylor
United States Attorney
501 3rd St.
Washington, D.C. 20001

/s/ Jonathan S. Rochkind
Jonathan S. Rochkind