IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD ABUSADEH, | § § | |
| *Plaintiff* | § § | CASE NO. 1:06CV02014 |
| v. | § § | |
| DEPARTMENT OF HOMELAND SECURITY, THROUGH ITS SECRETARY, MICHAEL CHERTOFF, EMILIO GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), SHARON HUDSON, DISTRICT DIRECTOR, HOUSTON, USCIS, AND ROBERT MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, | § § § § § § § § § § § § | |
| *Defendants* | § | |

## **ORDER**

The Court FINDS that there is good cause to grant the motion of the sponsoring attorney, Jonathan S. Rochkind, so that James P. McCollom, Jr. may appear pro hac vice before this Court for this case only.

WHEREFORE, it is ORDERED that attorney James P. McCollom, Jr. is permitted to practice as pro hac vice counsel before this Court only in this particular case.

_____
UNITED STATES DISTRICT JUDGE