## AFFIDAVIT OF JAMES P. McCOLLOM, JR.

On this day personally appeared James P. McCollom, Jr., who swore to the following:

I, James P. McCollom, Jr., have personal knowledge of the facts stated in this affidavit and they are true and correct. I am over 21 years of age and am fully competent to make this affidavit.

1. My full name is James Preston McCollom, Jr.

2. I am an associate attorney at the law office of Coane and Associates, 1900 West Loop South, Suite 820, Houston, TX 77027, (713) 850-0066.

3. I am a member in good standing of the Supreme Court of Texas. I have also been admitted to the U.S. District Court for the Southern and Western Districts of Texas. I have also been admitted to the Fifth Circuit United States Court of Appeals.

4. I have never been disciplined by any bar. No complaints have ever been filed against me to the bar.

5. I have been admitted once pro hac vice to this Court in Case Number 1:06CV02016 *Mohammad Fayyaz and Gizela Fayyaz v. Department of Homeland Security, et al.* I have not been admitted pro hac vice to this Court in any other case at any other time.

6. I am not a member of the District of Columbia Bar nor do I have an application pending.

I swear under penalty of perjury that the above statements are all true and correct.

12/15/06
Date

James P. McCollom, Jr.