IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD ABUSADEH ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, SECRETARY, ) <br> DEPT. OF HOMELAND SECURITY, et. al. ) <br> ) <br> Defendant. ) | Civil Action No. 06-2014 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

  /s/
Wyneva Johnson, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building, Tenth Floor
555 4th Street, N.W, Room E4106
Washington, D.C.  20530