IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD ABUSADEH, | § § § | |
| *Plaintiff* | § § | CASE NO. 1:06CV02014 |
| v. | § § | |
| DEPARTMENT OF HOMELAND SECURITY, THROUGH ITS SECRETARY, MICHAEL CHERTOFF, EMILIO GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), SHARON HUDSON, DISTRICT DIRECTOR, HOUSTON, USCIS, AND ROBERT MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, | § § § § § § § § § § § § | |
| *Defendants* | § | |

## CERTIFICATION BY PLAINTIFF'S ATTORNEYS THAT THEY ARE FAMILIAR WITH THE LOCAL RULES OF THIS COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff's attorneys, Ajay Choudhary and James P. McCollom, Jr., ("applicant attorneys") in further support of their motion to appear as pro hac vice counsel only in this particular case and would show as follows:

I.

The Court has issued an Order permitting applicant attorneys to practice as pro hac vice counsel before this Court only in this particular case pending certification to the Court that applicant attorneys are familiar with the Local Rules of this Court.

II.

In their attached affidavits (Exhibits A and B), applicant attorneys certify to the Court that they are familiar with the Local Rules of this Court.

III.

Whereas applicant attorneys pray that this Honorable Court grant permission for applicant attorneys to appear as pro hac vice counsel in this case only.

                                        Respectfully submitted,

                                        /s/ Jonathan S. Rochkind
                                        Jonathan S. Rochkind
                                        Smith, Hudson & Carluzzo, P.C.
                                        9300 West Courthouse Road
                                        Judiciary Square – Suite 203
                                        Manassas, Virginia 20110
                                        (703) 361-0776 ext 107
                                        DC Bar ID number 425185

                                        COANE & ASSOCIATES


                                        /s/ James P. McCollom, Jr.
                                        Bruce A. Coane
                                        SBOT No. 04423600
                                        Fed. ID. # 7205 (S.D. Tex)
                                        Ajay Choudhary
                                        SBOT No. 90001623
                                        Fed. ID. # 21837 (S.D. Tex)
                                        James P. McCollom, Jr.
                                        SBOT No. 13431960
                                        Fed. ID. # 12592 (S.D. Tex)
                                        3D/International Tower
                                        1900 West Loop South
                                        Suite 820
                                        Houston, TX 77027-3206
                                        713-850-0066
                                        713-850-8528  FAX

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 8th day of January, 2007, to:

>Jeffrey Taylor
>United States Attorney
>501 3rd St., N.W.
>Washington, D.C.  20001

>/s/ James P. McCollom, Jr.
>James P. McCollom, Jr.

# AFFIDAVIT OF AJAY CHOUDHARY

On this day personally appeared Ajay Choudhary, who swore to the following:

I, Ajay Choudhary, have personal knowledge of the facts stated in this affidavit and they are true and correct. I am over 21 years of age and am fully competent to make this affidavit.

I certify that I am personally familiar with the Local Rules of the U.S. District Court for the District of Columbia.

I swear under penalty of perjury that the above statements are all true and correct.


____1/5/07_____            _____*Ajay Choudhary*_____
Date                          Ajay Choudhary



EXHIBIT A

## AFFIDAVIT OF JAMES P. McCOLLOM, JR.

On this day personally appeared James P. McCollom, Jr., who swore to the following:

I, James P. McCollom, Jr., have personal knowledge of the facts stated in this affidavit and they are true and correct. I am over 21 years of age and am fully competent to make this affidavit.

I certify that I am personally familiar with the Local Rules of the U.S. District Court for the District of Columbia.

I swear under penalty of perjury that the above statements are all true and correct.

1/5/07
Date

James P. McCollom, Jr.

EXHIBIT
b

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD ABUSADEH, | § § | |
| *Plaintiff* | § § | CIVIL ACTION NO. 06 2014 |
| v. | § § § | |
| DEPARTMENT OF HOMELAND SECURITY, THROUGH ITS SECRETARY, MICHAEL CHERTOFF, EMILIO GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), SHARON HUDSON, DISTRICT DIRECTOR, HOUSTON, USCIS, AND ROBERT MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, | § § § § § § § § § § § § § | |
| *Defendants* | § | |

**ORDER**

The Court FINDS that there is good cause to grant the motion of the attorneys Ajay Choudhary and James P. McCollom, Jr. to appear pro hac vice before this Court.

The Court FINDS that attorneys Ajay Choudhary and James P. McCollom, Jr. have certified to the Court that they are familiar with the Local Rules of this Court.

WHEREFORE, it is ORDERED that attorneys Ajay Choudhary and James P. McCollom, Jr. are permitted to practice as pro hac vice counsel before this Court only in this particular case.

_____
UNITED STATES DISTRICT JUDGE