IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD ABUSADEH, | § § | |
| *Plaintiff* | § § | Civil Action No. 06-2014 (CKK) |
| v. | § § § | |
| DEPARTMENT OF HOMELAND SECURITY, THROUGH ITS SECRETARY, MICHAEL CHERTOFF, EMILIO GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), SHARON HUDSON, DISTRICT DIRECTOR, HOUSTON, USCIS, AND ROBERT MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, | § § § § § § § § § § § § | |
| *Defendants* | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Mohammad Abusadeh, Plaintiff, and respectfully moves this Court for an enlargement of time, up to and including April 11, 2007, in which to file a response to Defendants' Motion to Dismiss Plaintiff's Complaint. In support of this unopposed motion, Plaintiff submits the following facts and grounds:

1. Assistant United States Attorney Wyneva Johnson filed Defendant's Motion to Dismiss, or in the Alternative, for Change of Venue on February 26, 2007.

2. According to the Local Rules of the District Court of the District of Columbia, a party opposing a motion shall file a response and supporting documents as are then available within eleven (11) days of service of the motion.

3. In their Motion to Dismiss, Defendants raise a series of complex legal arguments attacking jurisdiction and venue.

4. Plaintiff is requesting until April 11, 2007 to have adequate time to complete his research and analysis of the issues in the case.

5. Plaintiff does not seek this enlargement for the purpose of delay and this enlargement will in no way prejudice Defendants.

6. On February 28, 2007, Plaintiffs' counsel, James P. McCollom, Jr., contacted Defendants' counsel, Wyneva Johnson, to confer regarding this motion. Attorney Johnson graciously agreed to the proposed extension of time until April 11, 2007.

7. Attorney Johnson in turn requested that the Defendants be granted until May 2, 2007 to file any reply memorandum. Attorney McCollom agrees to the proposed extension of time until May 2, 2007 for the Defendants' reply memorandum.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enlarge the time for the Plaintiffs' response to the Defendants' Motion to Dismiss Plaintiff's Complaint to April 11, 2007 and further requests that this Honorable Court enlarge the time for any reply memorandum by the Defendants until May 2, 2007.

    Respectfully submitted,

/s/ Jonathan S. Rochkind
Jonathan S. Rochkind
Smith, Hudson & Carluzzo, P.C.
9300 West Courthouse Road
Judiciary Square – Suite 203
Manassas, Virginia 20110
(703) 361-0776 ext 107
DC Bar ID number 425185

                    COANE & ASSOCIATES

                    /s/ James P. McCollom, Jr.
                    Bruce A. Coane
                    SBOT No. 04423600
                    Fed. ID. # 7205 (S.D. Tex)
                    Ajay Choudhary
                    SBOT No. 90001623
                    Fed. ID. # 21837 (S.D. Tex)
                    James P. McCollom, Jr.
                    SBOT No. 13431960
                    Fed. ID. # 12592 (S.D. Tex)
                    3D/International Tower
                    1900 West Loop South
                    Suite 820
                    Houston, TX 77027-3206
                    713-850-0066
                    713-850-8528  FAX

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by electronic means through the Electronic Case Filing system on this 2nd day of March, 2007, to:

Ms. Wyneva Johnson
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, NW
Civil Division
Washington, DC 20530
wyneva.johnson@usdoj.gov

                    /s/ James P. McCollom, Jr.
                    James P. McCollom, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD ABUSADEH, § § *Plaintiff* § § v. § § DEPARTMENT OF HOMELAND § SECURITY, THROUGH ITS § SECRETARY, MICHAEL CHERTOFF, § EMILIO GONZALEZ, DIRECTOR, § UNITED STATES CITIZENSHIP AND § IMMIGRATION SERVICES (USCIS), § SHARON HUDSON, DISTRICT § DIRECTOR, HOUSTON, USCIS, AND § ROBERT MUELLER, DIRECTOR, § FEDERAL BUREAU OF § INVESTIGATION, § § *Defendants* § | Civil Action No. 06-2014 (CKK) |

## **ORDER**

The Court FINDS that there is good cause to grant Plaintiff's unopposed request for an enlargement of time to file a response to Defendants' Motion to Dismiss Plaintiff's Complaint.

Accordingly, it is ORDERED that Plaintiff is granted up to and including April 11, 2007 to file a response to Defendants' Motion to Dismiss Plaintiff's Complaint.

The Court further FINDS that there is good cause to grant Defendants' unopposed request for an enlargement of time to file a reply memorandum to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Complaint.

Accordingly, it is ORDERED that Defendants are granted up to and including May 2, 2007 to file a reply memorandum to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Complaint.

DONE and ORDERED at the District of Columbia, this _____ day of

_____ , 2007.

_____
U.S. DISTRICT JUDGE