IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD ABUSADEH, § § *Plaintiff* § § v. § § DEPARTMENT OF HOMELAND § SECURITY, THROUGH ITS § SECRETARY, MICHAEL CHERTOFF, § EMILIO GONZALEZ, DIRECTOR, § UNITED STATES CITIZENSHIP AND § IMMIGRATION SERVICES (USCIS), § SHARON HUDSON, DISTRICT § DIRECTOR, HOUSTON, USCIS, AND § ROBERT MUELLER, DIRECTOR, § FEDERAL BUREAU OF § INVESTIGATION, § § *Defendants* § | Civil Action No. 06-2014 (CKK) |

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Mohammad Abusadeh, Plaintiff, and respectfully moves this Court for an enlargement of time, up to and including May 2, 2007, in which to file a response to Defendants' Motion to Dismiss Plaintiff's Complaint. In support of this unopposed motion, Plaintiff submits the following facts and grounds:

1. Assistant United States Attorney Wyneva Johnson filed Defendant's Motion to Dismiss, or in the Alternative, for Change of Venue on February 26, 2007.

2. According to the Local Rules of the District Court of the District of Columbia, a party opposing a motion shall file a response and supporting documents as are then available within eleven (11) days of service of the motion.

3. In their Motion to Dismiss, Defendants raise a series of complex legal arguments attacking jurisdiction and venue.

4. Plaintiffs filed an Unopposed Motion for Enlargement of Time to respond to Defendants' Motion to Dismiss requesting until April 11, 2007 to have adequate time to complete their research and analysis of the issues in the case.

5. The Court granted the initial motion.

6. Plaintiffs are now filing an Unopposed Second Motion for Enlargement of Time to respond to Defendants' Motion to Dismiss requesting until May 2, 2007 to have adequate time to complete their research and analysis of the issues in the case.

7. On April 6, 2007, Plaintiffs' counsel, James P. McCollom, Jr., contacted Defendants' counsel, Wyneva Johnson, to confer regarding this second motion. Attorney Johnson graciously agreed to the proposed extension of time until May 2, 2007.

8. Plaintiffs do not seek this enlargement for the purpose of delay and this enlargement will in no way prejudice Defendants. Plaintiff's counsel has an extremely heavy caseload at the present time.

9. Attorney Johnson in turn requested that the Defendants be granted until June 1, 2007 to file any reply memorandum. Attorney McCollom agrees to the proposed extension of time until June 1, 2007 for the Defendants' reply memorandum.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enlarge the time for the Plaintiffs' response to the Defendants' Motion to Dismiss Plaintiff's Complaint to May 2, 2007 and further requests that this Honorable Court enlarge the time for any reply memorandum by the Defendants until June 1, 2007.

Respectfully submitted,

        /s/ Jonathan S. Rochkind
        Jonathan S. Rochkind
        Smith, Hudson & Carluzzo, P.C.
        9300 West Courthouse Road
        Judiciary Square – Suite 203
        Manassas, Virginia 20110
        (703) 361-0776 ext 107
        DC Bar ID number 425185


        COANE & ASSOCIATES

        /s/ James P. McCollom, Jr.
        Bruce A. Coane
        SBOT No. 04423600
        Fed. ID. # 7205 (S.D. Tex)
        Ajay Choudhary
        SBOT No. 90001623
        Fed. ID. # 21837 (S.D. Tex)
        James P. McCollom, Jr.
        SBOT No. 13431960
        Fed. ID. # 12592 (S.D. Tex)
        3D/International Tower
        1900 West Loop South
        Suite 820
        Houston, TX 77027-3206
        713-850-0066
        713-850-8528  FAX

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by electronic means through the Electronic Case Filing system on this 6th day of April, 2007, to:

Ms. Wyneva Johnson
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, NW
Civil Division
Washington, DC 20530
wyneva.johnson@usdoj.gov

        /s/ James P. McCollom, Jr.
        James P. McCollom, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD ABUSADEH, | § § | |
| *Plaintiff* | § § | Civil Action No. 06-2014 (CKK) |
| v. | § § § | |
| DEPARTMENT OF HOMELAND SECURITY, THROUGH ITS SECRETARY, MICHAEL CHERTOFF, EMILIO GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), SHARON HUDSON, DISTRICT DIRECTOR, HOUSTON, USCIS, AND ROBERT MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, | § § § § § § § § § § § § | |
| *Defendants* | § | |

## **ORDER**

The Court FINDS that there is good cause to grant Plaintiff's second unopposed request for an enlargement of time to file a response to Defendants' Motion to Dismiss Plaintiff's Complaint.

Accordingly, it is ORDERED that Plaintiff is granted up to and including May 2, 2007 to file a response to Defendants' Motion to Dismiss Plaintiff's Complaint.

The Court further FINDS that there is good cause to grant Defendants' second unopposed request for an enlargement of time to file a reply memorandum to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Complaint.

Accordingly, it is ORDERED that Defendants are granted up to and including June 1, 2007 to file a reply memorandum to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Complaint.

DONE and ORDERED at the District of Columbia, this _____ day of

_____ , 2007.

_____
U.S. DISTRICT JUDGE