UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMAD ABUSADEH,

　Plaintiff,

　　v.

MICHAEL CHERTOFF,
Secretary of the Department of Homeland Security, *et al.*

　Defendants.

Civil Action No. 06–2014 (CKK)

**ORDER**
(July 23, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 23rd day of July, 2007, hereby

**ORDERED** that Defendants' [7] Motion to Transfer this case to the United States District Court for the Southern District of Texas, Houston Division, is GRANTED; it is also hereby

**ORDERED** that Defendants' Motion to Dismiss is denied without prejudice.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　United States District Judge